IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FRANTZ DUPERVAL, | : | |
| | : | |
| Petitioner, | : | |
| | : | 5:05-CV-278 (DF) |
| vs. | : | |
| | : | 5:04-CR-68 (DF) |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Respondent. | : | |

**ORDER**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on August 16, 2005 (doc. 65). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner's Motion Pursuant to 28 U.S.C. § 753(f) to Request Transcripts of Sentencing Hearing (doc. 62), Petitioner's Motion to Proceed *In Forma Pauperis* (doc. 63), and Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 (doc. 61) are hereby **DENIED.**

SO ORDERED, this 10th day of February, 2006.

s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/nds